IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES BROWN,  )
    Plaintiff,  )
    )
    vs.  )   CASE NO.  10-397-SCW
    )
LEE RYKER, DONALD GAETZ, and  )
CHRISTINE BOYD  )
    Defendant(s).  )

## JUDGMENT IN A CIVIL CASE

This case came before this Court for jury trial.  The issues have been tried and the jury has rendered its verdict in favor of Defendants Lee Ryker, Donald Gaetz and Christine Boyd and against Plaintiff James Brown (Doc.119).

IT IS THEREFORE ORDERED that judgment is entered in favor of Defendants **LEE RYKER, DONALD GAETZ** and **CHRISTINE BOYD** and against Plaintiff **JAMES BROWN**.

Plaintiff shall take nothing from this action.

**DATED** this 13th day of March, 2012

                                          **NANCY J. ROSENSTENGEL, CLERK**

                                          BY: S/ Angela Vehlewald
                                                  Deputy Clerk

**Approved by**    S/ Stephen C. Williams
            **United States Magistrate Judge**
                **Stephen C. Williams**